FILED

04/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0669

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 23-0669

CITY AND COUNTY OF BUTTE-SILVER BOW, MONTANA,

    Applicant and Appellant,

-v-

BUTTE POLICE PROTECTIVE ASSOCIATION,

    Respondent and Appellee.

**ORDER GRANTING EXTENSION OF TIME**

Upon consideration of the Unopposed Motion for Extension of Time to file Appellee Butte Police Protective Association's response brief, there having been no objection Appellant Butte-Silver Bow, and good cause appearing,

IT IS HEREBY ORDERED that Appellee Butte Police Protective Association is granted a 30-day extension up to and including May 22, 2024, to file its response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 16 2024